this not appearing to be the case, by the certificate or record produced, the motion was dropped. Bail was ordered in 300l. on hearing the cause of action.

## Pierre Bertrandt *against* Esprit Gautier Fils.

In a suit between two French subjects, though the consul of France has given his decree in favour of the plaintiff, the court will not hold to special bail.

THIS was a question between two French subjects, refugees from the island of St. Domingo.

The defendant had been discharged on common bail, on a hearing before Mr. Justice Shippen, and the plaintiff had appealed to the court.

It was alleged that the French consul had given his decree in favour of the plaintiff, and unless the court would hold the defendant to bail, the plaintiff could derive no benefit therefrom.

*E contrà* it was said, that the Circuit Court of the United States had uniformly refused to receive jurisdiction of suits and *differences between subjects of France, under the *372] 12th article of the convention. And the same point had been determined in the Superior Court of Massachusetts.

*Per cur.* Treaties are the supreme law of the land, and we must strictly adhere to the convention, which precludes us from jurisdiction in such a case. If the French consul has no power to enforce his own decree, the minister of France can readily remedy the defect, by negociation, and agreeing on an additional article with the executive authority of the United States.

Motion denied.